

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00179-CR

| | | |
|---|---|---|
| VICTOR ORTIZ GONZALEZ, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1497894D) |
| V. | § | March 11, 2021 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REMAND

This court has considered the record on appeal in this case and holds that there was error in one of the trial court's judgments. The trial court's aggravated-assault judgment is affirmed. The trial court's evading-arrest judgment is modified to delete one of the $10,000 fines. The trial court's inmate-funds withdrawal order that is incorporated into both judgments is modified to delete $10,000. It is ordered that the trial court's evading-arrest judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr